# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
# MARTINSBURG

**AUTOMATED MERCHANDISING SYSTEMS, INC., a Delaware Corporation,**

    Plaintiff,

v.
          **Civil Action No. 3:03CV88**
          **Civil Action No. 3:04CV48**
          **Civil Action No. 3:04CV75**
          **Civil Action No. 3:04CV80**
          **(Judge Bailey)**

**CRANE CO.,**

    Defendant.

## ORDER OF STATUS CONFERENCE

On August 6, 2007, the parties in the above-styled civil action appeared before the Court for a telephonic status conference. The Plaintiff, Automated Merchandising, was present by counsel Charles R. Printz, Jr., Todd Davidson, and James D. Berquist. Attorneys John H. McDowell, Jr. and Michael T. Smith appeared on behalf of the Crane Co.

In reviewing the status of the case, the parties informed the Court that the proceedings at the Patent Office regarding the Crane patent should be concluded by October 1, 2007. In addition, the parties indicated that the appeal from the Patent Examiner's decision on the two Automated Merchandising patents at issue should be completed by January of 2008. As such, the Court **ORDERED** that a **telephonic status conference** be held on **February 25, 2008, at 11:00 am.** In addition, the Court **DIRECTED** counsel for Crane Co. to file a motion to lift the stay should Crane wish to pursue its claim

prior to the February 25 status conference. There being no further business, the Court adjourned the matter.

The Clerk is directed to transmit copies of this Order to counsel of record.

**DATED:** August 7, 2007.

JOHN PRESTON BAILEY
UNITED STATED DISTRICT JUDGE