UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF WEST VIRGINIA
MARTINSBURG DIVISION

| | |
|---|---|
| AUTOMATED MERCHANDISING SYSTEMS, INC., a Delaware Corporation, § § § § | |
| Plaintiff, § § § § § § § § § § § | CIVIL ACTION NO. 3:03-CV-88 (lead case); (consolidated with 3:04-CV-48; 3:04-CV-75; 3:04-CV-80; & 3:08-CV-97-JPB) |
| v. | |
| CRANE CO., a Delaware corporation, and SEAGA MANUFACTURING, INC., an Illinois corporation, | |
| Defendants. | |

**CRANE CO.'S MOTION TO EXCLUDE
OPINION TESTIMONY OF MICHELE M. RILEY**

Pursuant to Federal Rule of Evidence 702, Defendant Crane Co. ("Crane") moves to exclude the opinion testimony of Michele M. Riley ("Riley") on damages.

Riley's damages analysis is neither reliable nor helpful. Instead, Riley's testimony is based on unreliable assumptions and flawed methodologies. Riley not only employs a flawed methodology in reaching her reasonable royalty determination, she also fails to adequately account for numerous key factors in her lost profits analysis, significantly overstating both damages calculations and rendering them unreliable and unhelpful.

For these reasons, and for those set forth in Crane's accompanying Memorandum in Support of this Motion to Exclude, the Court should strike Riley's testimony on damages in this case and grant Crane such other relief as is just and proper.

1

Dated:  January 27, 2012    Respectfully submitted,

/s/ Michael T. Smith
Michael T. Smith
West Virginia State Bar No. 8701
**STEPTOE & JOHNSON, PLLC**
1250 Edwin Miller Boulevard, Suite 300
P.O. Box 2629
Martinsburg, West Virginia 25404
Telephone:  (304) 262-3516
Facsimile:   (304) 933-8727

William A. Munck (admitted *pro hac vice)*
Texas State Bar No. 00786127
Jamil N. Alibhai (admitted *pro hac vice)*
Texas State Bar No. 00793248
Michael C. Wilson (admitted *pro hac vice)*
Texas State Bar No. 21704590
Daniel E. Venglarik (admitted *pro hac vice)*
Texas State Bar No. 00791851
John S. Torkelson (admitted *pro hac vice)*
Texas State Bar No. 00795154
Jane Ann R. Neiswender (admitted *pro hac vice*)
Texas State Bar No. 24048312
**MUNCK WILSON MANDALA, LLP**
600 Banner Place Tower
12770 Coit Road
Dallas, Texas 75251
Telephone:  (972) 628-3600
Facsimile:   (972) 628-3616

**ATTORNEYS FOR DEFENDANT
CRANE CO.**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing document has been served upon all counsel of record via CM/ECF, in accordance with the Federal Rules of Civil Procedure, on January 27, 2012.

/s/ Michael T. Smith
Michael T. Smith

550467

2